**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Nebraska

UNITED STATES OF AMERICA

v.

Jeremy Allan Norton

Crim. No.  8:16CR00037

On _____07/22/2014_____ the above named was placed on probation/supervised release for a period of

__8__ years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised

release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be

discharged from supervision.

Respectfully submitted,

_____

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this __4th__ day of __December__ , __2017__ .

_____

*United States District Judge*